UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

RODOLFO HENRIQUEZ CAMPUSANO,

                                Defendant.
------------------------------------- x

ORDER

21 Crim. 285-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defense counsel wrote a letter to the Court indicating that "Mr. Henriquez was working at an auto body shop and as a tax preparer" and requesting that "the Court amend his home incarceration to include 'with permission to work.'" (ECF No. 42.) The Court has been informed by the U.S. Probation Office that this work information is not true and that Defendant is unemployed. Therefore, the request is DENIED.

The Clerk of Court is directed to close the motion, (ECF No. 42), accordingly.

Dated: New York, New York
       March 2, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge