# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 13, 2023

**SO ORDERED:**

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

APR 17 2023

**By ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Rodolfo Henriquez Campusano**
      **21 Cr. 285 (GBD)**

Dear Judge Daniels,

On February 9, 2022, Your Honor sentenced Mr. Henriquez Campusano to time served and three years of supervised release with home incarceration and community service. Dkt. Nos. 40, 41. On October 18, 2022, the Court deemed Mr. Henriquez's location monitoring condition satisfied and removed it. Dkt. No. 48.

I write to request permission for Mr. Henriquez to travel to visit his extended family, including his grandparents, in the Dominican Republic from July 8-27, 2023.

The Department of Probation, by Officer Andrew Leung, does not oppose this request for international travel. The government, by Assistant United States Attorney Kedar Bhatia, also has no objection to this request.

If this request is granted, Mr. Henriquez will provide his full itinerary to Probation Officer Leung.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

cc:   Officer Leung (by email)
      A.U.S.A. Bhatia (by ECF)