# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 17, 2024

**By ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: APR 18 2024

Re:   **United States v. Rodolfo Henriquez Campusano**
       **21 Cr. 285 (GBD)**

Dear Judge Daniels,

On February 9, 2022, Your Honor sentenced Mr. Henriquez Campusano to time served and three years of supervised release with home incarceration and community service. Dkt. Nos. 40, 41. On October 18, 2022, the Court deemed Mr. Henriquez's location monitoring condition satisfied and removed it. Dkt. No. 48. Last year, the Court granted Mr. Henriquez permission to travel to visit his extended family in the Dominican Republic. He traveled there and back without incident.

This year, I write to request that he be given permission to visit his family in the Dominican Republic from April 28 to May 13, 2024.

Mr. Henriquez has been transferred to Probation's Low-Intensity Caseload (LIC) program. Probation has no objection to this travel request. The government, by Assistant United States Attorney Meredith Foster, defers to Probation.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729