UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RODOLFO HENRIQUEZ CAMPUSANO,

    Defendant.

------------------------------------x

ORDER

21 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's Motion for Early Termination of Supervised Release, (ECF No. 55), unopposed by Probation is GRANTED.

Dated: August 20, 2024
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge